AO-10 (w)
Rev. 1/98

# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report Required by the Ethics Reform Act of 1989, Pub L No. 101-194, November 30, 1989 (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tucker, Petrese B. | US Dist. Ct., Estn Dist. of PA | 07/15/1999 |

**4. Title** *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*

U.S. District Judge, Nominee

**5. Report Type (check type)**

X Nomination, Date 07/27/1999

___ Initial  ___ Annual  ___ Final

**6. Reporting Period**

01/01/1998 to 07/15/1999

**7. Chambers or Office Address**

304 City Hall

Philadelphia, PA 19107

**8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.

Reviewing Officer _____ Date ____ ____

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Director | Big Sisters of Philadelphia |
| 2 | | |
| 3 | | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | ☐ NONE (No reportable agreements.) | |
| 1 | 1999 | PA State Retirement Benefits at age 60 |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 1998 | Administrative Office of the Pennsylvania Courts | $ 109,913.00 |
| 2 | 1999 | Administrative Office of the Pennsylvania Courts - to date received | $ 55,829.00 |
| 3 | 1998 | Law Offices of Leon W. Tucker, Esquire ((Self-employed) | |
| 4 | 1999 | Law Offices of Leon W. Tucker, Esquire (S) (Self-employed) | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE (No such reportable gifts.) | | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ NONE (No reportable liabilities.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| [ ] NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  PNC Bank (S) | D | Interest | L | W | | | | | . |
| 2  Acc'ts receivable from clients of Law Office of L.W.Tucker(S | | None | M | W | | | | | |
| 3  AIM Cap Development Fund (S) | B | None | J | T | | | | | |
| 4  AIM Global Aggressive Growth Fund (S) | A | None | J | T | | | | | |
| 5  Aim Global Growth and Income Fund (S) | C | None | J | T | | | | | |
| 6  Merrill Lynch Global Allocation Fund (S) | A | None | J | T | | | | | |
| 7  Nicholas Applegate Balance Growth Fund (S) | B | None | J | T | | | | | |
| 8  Oppenheimer Main Street Income & Growth Fund (S) | D | None | K | T | | | | | |
| 9  Putnum Voyager Fund (S) | C | None | K | T | | | | | |
| 10  TIGER Series 12, 5/12/99 (S) | | None | J | T | | | | | |
| 11  TIGER Series 14, 8/15/99 (S) | | None | J | T | | | | | |
| 12  TIGER Series 15, 2/15/08 (S) | | None | K | T | | | | | |
| 13  TIGER Series 12, 5/15/08 (S) | | None | K | T | | | | | |
| 14  U.S. Treasury Strips 5/15/08 (S) | | None | L | T | | | | | |
| 15  Resolution Funding Corp. 4/15/13 (S) | | None | K | T | | | | | |
| 16  U.S. Treasury Strips 2/15/14 (S) | | None | K | T | | | | | |
| 17  TIGER Series 18, 2/15/07 (S) | | None | L | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col C2) | U=Book Value | V=Other | W=Estimated | |

## VII. Page 2 INVESTMENTS and TRUSTS-- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code (A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code (J-P) | (2)<br>Value Method Code (Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date: Month-Day | (3)<br>Value Code (J-P) | (4)<br>Gain Code (A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE  (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  U.S. treasury Strips 5/15/09 (S) | | None | L | T | | | | | |
| 19  U.S. Treasury Strips 2/15/11 (S) | | None | L | T | | | | | |
| 20  Resolution Funding Corp 1/15/12 (S) | | None | J | T | | | | | |
| 21  U.S. Treasury Strips 5/15/15 (S) | | None | K | T | | | | | |
| 22  TIGER Series 12 5/15/08 | | None | J | T | | | | | |
| 23  AIM Value Fund, Class B | A | None | J | T | | | | | |
| 24  Fidelity Advance Balance Fund (S) | C | None | K | T | | | | | |
| 25  John Hancock Special Equities Fund (S) | | None | J | T | | | | | |
| 26  Merrill Lynch Global Allocation B (S) | | None | J | T | | | | | |
| 27  Putnum OCT Emerging Class B (S) | | None | J | T | | | | | |
| 28  Putnum Voyager Fund (S) | B | None | J | T | | | | | |
| 29  Seligman Global Smaller Fund (S) | | None | K | T | | | | | |
| 30  AIM Charter Fund (S) | A | Dividend | J | T | | | | | |
| 31  AIM Global Aggressive Growth Fund (S) | A | None | J | T | | | | | |
| 32  AIM Growth Fund (S) | D | None | K | T | | | | | |
| 33  AIM International Equity Fund (S) | B | None | J | T | | | | | |
| 34  AIM Value Fund (S) | C | None | J | T | | | | | |

| 1 Inc/Gain Codes: A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|
| (Col. B1, D4)  F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes:  J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|
| (Col. C1, D3)  O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|
| (Col. C2)  U=Book Value | V=Other | W=Estimated | |

## VII. Page 3 INVESTMENTS and TRUSTS— income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br><br>*Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child.*<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g., dividend, rent or interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy, sell, partial sale, merger, redemption) | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 AIM Value Fund Class A (S) | C | None | J | T | | | | | |
| 36 Davis New York Venture Fund (S) | D | None | K | T | | | | | |
| 37 PA Turnpike Fund Class A (S) | | None | K | T | | | | | |
| 38 North Hills PA School District Bonds (S) | | None | J | T | | | | | |
| 39 Phila. Water & Sewer Bonds (S) | | None | J | T | | | | | |
| 40 MARS, PA Area School District Bonds (S) | | None | J | T | | | | | |
| 41 Central Dauphin PA. School District Bonds (S) | | None | K | T | | | | | |
| 42 Pittsburgh PA School District Bonds (S) | | None | K | T | | | | | |
| 43 Moon Area School District Bonds (S) | | None | J | T | | | | | |
| 44 Allentown PA School District Bonds (S) | | None | K | T | | | | | |
| 45 Caterpillar (S) | A | Dividend | J | T | | | | | |
| 46 Parlex(S) | C | None | J | T | | | | | |
| 47 Isuzu Motors (S) | | None | J | T | | | | | |
| 48 TIGER Series 12, 5/15/08 (S) | | None | K | T | | | | | |
| 49 U.S. Treasury Strips 5/15/10 (S) | | None | L | T | | | | | |
| 50 Resolution Funding Corp. 4/15/13 (S) | | None | K | T | | | | | |
| 51 Resolution Funding Corp. 4/15/13 (S) | | None | J | T | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 07/15/1999 |

## VII. Page 4 INVESTMENTS and TRUSTS-- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets. Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for seperate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 52 U.S. Treasury Strips 2/15/14 (S) | | None | K | T | | | | | |
| 53 PECO Energy (S) | A | Dividend | J | T | | | | | |
| 54 TII Industries, Inc. (S) | | None | J | T | | | | | |
| 55 Minnesota Power (S) | A | Dividend | J | T | | | | | |
| 56 PECO Energy (DC) | A | Dividend | J | W | | | | | |
| 57 PECO Energy (DC) | A | Dividend | J | W | | | | | |
| 58 PA State Retirement Benefits | | None | M | W | | | | | |
| 59 Nuveen Rittenhouse Growth | | None | J | T | | | | | |
| 60 Davis N.Y. Venture | | None | J | T | | | | | |
| 61 AIM Small Cap | | None | J | T | | | | | |
| 62 AIM International Equity Fund | | None | J | T | | | | | |
| 63 ML Global Value | | None | J | T | | | | | |
| 64 Munder NetNet | | None | J | T | | | | | |
| 65 Davis N.Y. Venture | B | None | K | T | | | | | |
| 66 AIM Small Cap | B | None | J | T | | | | | |
| 67 ML Global Value | | None | J | T | | | | | |
| 68 Bye Creek Farms, Inc | | None | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

**SECTION HEADING.** (Indicate part of report.)
Information continued from Parts I through VI, inclusive.

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | | $ | 0.00 |

| Name of Person Reporting | Date of Report |
|---|---|
| Tucker, Petrese B. | 07/15/1999 |

**SECTION HEADING.** (Indicate part of report.)
Information continued from Parts I through VI, inclusive.

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | | $ | 0.00 |

## IX. CERTIFICATION

In compliance with the provisions of 28 U.S.C. 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature  _Petrese B Tucker_    Date  _8/10/99_

Note:       Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

# NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 75, | 000 | 00 | Notes payable to banks—secured | 85 | 000 | 00 |
| U.S. Government securities—add schedule | 467, | 388 | 00 | Notes payable to banks—unsecured | 00 | 000 | 00 |
| Listed securities—add schedule | 510, | 083 | 00 | Notes payable to relatives | 00 | 000 | 00 |
| Unlisted securities—add schedule | 000 | 000 | 00 | Notes payable to others | 00 | 000 | 00 |
| Accounts and notes receivable: | 000 | 000 | 00 | Accounts and bills due | 00 | 000 | 00 |
| Due from relatives and friends | 000 | 000 | 00 | Unpaid income tax | 00 | 000 | 00 |
| Due from others | 127, | 632 | 00 | Other unpaid tax and interest | 00 | 000 | 00 |
| Doubtful | 13, | 951 | 00 | Real estate mortgages payable—add schedule | 152 | 789 | 23 |
| Real estate owned—add schedule | 377, | 000 | 00 | Chattel mortgages and other liens payable | 00 | 000 | 00 |
| Real estate mortgages receivable | 00 | 000 | 00 | Other debts—itemize: | 00 | 000 | 00 |
| Autos and other personal property | 105, | 000 | 00 | Autos | 22 | 245 | 00 |
| Cash value—life insurance | 10, | 000 | 00 | Credit Cards | 10 | 700 | 00 |
| Other assets—itemize: | 00 | 000 | 00 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total Liabilities | 270 | 729 | 23 |
| | | | | Net Worth | 1,415 | 241 | 77 |
| Total Assets | 1,685 | 974 | 00 | Total liabilities and net worth | 1,685 | 971 | 00 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | 00 | 000 | 00 | Are any assets pledged? (Add schedule.) | No | | |
| On leases or contracts | 00 | 000 | 00 | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | 00 | 000 | 00 | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | 00 | 000 | 00 | | | | |
| Other special debt | 00 | 000 | 00 | | | | |